**Electronically Filed
Supreme Court
SCWC-15-0000528
19-SEP-2016
08:19 AM**

SCWC-15-0000528

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

v.

LEE KI BOYD, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000528; CASE NO. 1DTA-15-01335)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Lee Ki Boyd's

Application for Writ of Certiorari, filed August 7, 2016, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, September 19, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

